STAEBLER, Respondent, v. TISDALE, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Herman Staebler against Josiah B. Tisdale. No opinion. We think the verdict in this case was clearly against the weight of evidence. Judgment and order of the County Court of Queens county reversed, and new trial ordered, costs to abide the event.

STAPLES, Appellant, v. CORNWALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Oren G. Staples against Andrew C. Cornwall and others. No opinion. Judgment affirmed, with costs. See 114 App. Div. 596, 99 N. Y. Supp. 1009.

STARKMAN, Respondent, v. MARSHALL, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Frank Starkman against Sadie E. Marshall. No opinion. Motion to dismiss appeal denied, provided the appellant pay $10 costs and file her case within 10 days; otherwise, motion granted, with $10 costs.

STATE BOARD OF PHARMACY v. GASAU. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by the State Board of Pharmacy against Fred Gasau. No opinion. Motion for leave to appeal to Court of Appeals granted. Order filed.

STATE BOARD OF PHARMACY v. MATTHEWS. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by the State Board of Pharmacy against Gardner D. Matthews. No opinion. Motion granted. Order filed.

STATE OF NEW JERSEY, Respondent, v. LIMBURG et al., Appellants. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by the state of New Jersey against Herbert R. Limburg and others. H. R. Limburg, for appellants. M. C. Fleming, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See 105 N. Y. Supp. 1016.

STATE REALTY CO. v. VILLAUME et al. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by the State Realty Company against Henry Villaume and others. No opinion. Motion denied, with $10 costs. Order filed.

STAUNTON, Respondent, v. STEYRER, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by May Estelle Staunton against Anthony Steyrer.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

STEINMAN v. STEINMAN. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Theresa Steinman against Sigmund B. Steinman. No opinion. Motion granted, with $10 costs. Order filed.

STEPHENS, Appellant, v. FLAMMER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Thomas C. Stephens against John J. Flammer and others. J. E. Carpenter, for appellant. S. Levy, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STEPHENSON et al., Respondents, v. BRUSH, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Theodore A. Stephenson and another against Edward F. Brush. No opinion. Judgment and order affirmed by default, with costs.

STERN v. STERN. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by Benjamin Stern against Sara Stern. No opinion. Motion denied, with $10 costs. Order filed.

STICHT, Appellant, v. BUFFALO CEREAL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by John Sticht against the Buffalo Cereal Company.

PER CURIAM. Judgment and order affirmed, with costs. See 116 App. Div. 632, 101 N. Y. Supp. 905.

SPRING and KRUSE, JJ., dissent.

STRASBURGER et al., Respondents, v. JANOWITZ, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Bessie Strasburger and another against Julius Janowitz. B. D. Eisler, for appellant. C. L. Hoffman, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

STRATTON, Respondent, v. DELAWARE & E. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by William D. Stratton against the Delaware & Eastern Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

STRATTON, Respondent, v. DELAWARE & E. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by William D. Stratton against the Delaware & Eastern Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

STRATTON, Respondent, v. DELAWARE & E. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by William D. Stratton against the Delaware & Eastern Railroad Company. No opinion. Motion denied, with $10 costs.

STRAUSS, Appellant, v. STRAUSS, Respondent. (Supreme Court, Appellate Division,